BEFORE THE SECOND DIVISION, SEPTEMBER 8, 1958

**No. 62334.**—Keuffel & Esser Co. v. United States, protests 317516–K and 323294–K (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of drawing instrument cases similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.